TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

JUL 28 2021

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 21-32-M-DWM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CYBERSTALKING<br>Title 18 U.S.C. §§ 2261A(2)(B) and 2261(b)<br>(Penalty: Five years imprisonment,<br>$250,000 fine, and three years supervised<br>release) |
| KATHY ANN HENDRICKSON, *aka* *Kathy Thorberg*, | |
| Defendant. | |

THE GRAND JURY CHARGES:

That from approximately May 2018 through February 2019, at Trout Creek, in Sanders County, in the State and District of Montana, and elsewhere, including Walla Walla, Washington, the defendant, KATHY ANN HENDRICKSON, *aka Kathy Thorberg*, with the intent to injure, harass and intimidate, and place under

1

surveillance with the intent to injure, harass and intimidate another person, used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress, in violation of 18 U.S.C. § 2261A(2)(B).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons: ✓ IA/Arraignment - 8/23/21 @ 1:30 p.m. w/ KLD

Warrant: _____

2