## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHY ANN HENDRICKSON, aka<br>Kathy Thorberg,<br><br>Defendant. | CR 21–32–M–DWM<br><br><br><br>ORDER |

In preparation for the February 14, 2022 trial, IT IS ORDERED that the parties shall file a joint notice indicating whether the defendant stipulates to the admission of any of the government's proposed exhibits on or before January 25, 2022. For all other exhibits, the defendant must identify her specific objection.

DATED this _____ day of January, 2022.

Donald W. Molloy, District Judge
United States District Court