IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHY ANN HENDRICKSON, *aka* *Kathy Thorberg*,<br><br>Defendant. | CR 21–32–M–DWM<br><br><br>ORDER |

The jury trial in this matter is set to commence on February 14, 2022. In light of active COVID-19 cases in Montana, in particular Missoula County,

IT IS ORDERED that the jurors in the instant case will be subject to partial sequestration as set out in 28 U.S.C. §1871(e).

IT IS FURTHER ORDERED that the jurors are to be kept together and not to separate during each trial day for their safety and security. In keeping with this Order, the jurors' snacks and meals will be provided by the Court for the jurors' convenience and comfort during the course of trial.

DATED this 14th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court