IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-32-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| KATHY ANN HENDRICKSON, *aka* *Kathy Thorberg,* | |
| Defendant. | |

IT IS ORDERED that the court reporter is directed to redact any juror names that appear in the trial transcript, if ordered.

DATED this 13ᵗʰ day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court