IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHY ANN HENDRICKSON, *aka* *Kathy Thorberg*,<br><br>Defendant. | CR 21-32-M-DWM<br><br><br>NOTICE |

In anticipation of sentencing in this matter, the Court provides notice that it is aware of the government's request for an upward variance, (see Doc. 70), and shall consider it in imposing sentence. *Cf.* Fed. R. Crim. P. 32(h).

DATED this 18th day of May, 2022.

Donald W. Molloy, District Judge
United States District Court