IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–32–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| KATHY ANN HENDRICKSON, | |
| Defendant. | |

Defendant Kathy Ann Hendrickson has moved unopposed to file exhibits F and G, confidential personal medical records to be attached to her Amended 18 U.S.C. § 3582(c)(1)(A) motion, under seal.  Accordingly,

IT IS ORDERED that Petitioner's motion (Doc. 101) is GRANTED. Exhibits F and G shall be filed under seal.

DATED this 17th day of January, 2024.

Donald W. Molloy, District Judge
United States District Court